**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No.  CR 05-0371-PHX-DKD |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Eric T. Zoller, | ) | |
| Defendant. | ) | |

On motion of counsel for Defendant, and good cause appearing,

**IT IS HEREBY ORDERED** granting Tonya J. McMath leave to withdraw as retained counsel of record for Defendant for all further proceedings in this matter.  The Court will address the issue of new counsel for Defendant at the March 31, 2006 initial appearance on the Petition to Modify Terms of Probation.

DATED this 23rd day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge