**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | No. CR05-0371-PHX-DKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Eric T. Zoller, | |
| Defendant. | |

Upon reviewing the parties' stipulation to Modify Terms of Probation and good cause appearing,

**IT IS ORDERED** that the Defendant's Probation is modified to add special condition #6 as follows:

> Defendant shall participate in the TASC substance abuse testing program and shall complete Phase 1 through 3 (no more than three months) at which time he shall be subject to random urinalysis as directed by the probation office.

All other conditions of Supervision remain the same and are still in effect.

DATED this 3rd day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge